**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALLAN WINTERS, | : | Civil No. 09-4243 (NLH) |
|         Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN, FCI FORT DIX, | : | |
|         Respondents. | : | |

For the reasons expressed in the Memorandum Opinion filed with this Order,

IT IS on this  10th  day of   September   , 2009,

ORDERED that, within 20 days of the date of the entry of this Order, Petitioner shall either pay the $5.00 filing fee or submit an application to proceed in forma pauperis; and it is further

ORDERED that the Petition is DISMISSED without prejudice for failure to exhaust administrative remedies; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

                                                  /S/NOEL L. HILLMAN
                                          **NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey